Sergio Vargas CANO and Maria Del Pilar Vargas, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–71138.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed April 26, 2011.

Fabian C. Serrato, Serrato Law Firm, Santa Ana, CA, for Petitioners.

Gerald Alexander, Trial, Kerry Ann Monaco, Trial, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Sergio Vargas Cano and Maria Del Pilar Vargas, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the denial of a motion to reopen, and de novo ineffective assistance of counsel claims, *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir.2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen as untimely because it was filed more than three years after the BIA's final order of removal, *see* 8 U.S.C. § 1229a(c)(7)(C)(i) (motion to reopen must be filed within 90 days of final order of removal), and petitioners did not show they were entitled to equitable tolling, *see Iturribarria v. INS*, 321 F.3d 889, 897 (9th Cir.2003).

Petitioners' contention that the BIA erred by failing to address their statutory right to counsel claim is unavailing because the BIA denied the motion on timeliness grounds.

**PETITION FOR REVIEW DENIED.**

